## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KENNETH C. ROSSIGNOL, et al.,

        Plaintiffs,

    vs.

RICHARD VOORHAAR, et al.,

        Defendants.

Civil Action No. WMN 99-CV-3302

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby STIPULATED and

AGREED, by and between the undersigned, the attorneys of record for all the parties,

that the above entitled action be, and the same hereby is, dismissed with prejudice.

Except for payments paid to plaintiff under a Settlement Agreement entered into by the

parties, each party shall bear its own costs. The parties have previously filed a

Stipulation of Dismissal of the appeal of this action currently pending in the United States

Court of Appeals for the Fourth Circuit, No. 04-1737(L).

[signatures on next page]

Dated: April 6, 2005

_Ashley I. Kissinger_
Ashley I. Kissinger
LEVINE SULLIVAN KOCH &
   SCHULZ, L.L.P.
1050 17th Street, N.W., Suite 800
Washington, D.C.  20036
(202) 508-1131 (telephone)
(202) 861-9888 (facsimile)


Alice Neff Lucan
4403 Greenwich Parkway, N.W.
Washington, D.C.  20007-2010
(202) 298-7210 (telephone)
(202) 338-3673 (facsimile)

*Counsel for Plaintiffs*
*Kenneth C. Rossignol and Island*
*Publishing Company*

Dated: April 7, 2005

_Daniel A. Karp/sdb by permission_
Daniel A. Karp
ALLEN, KARPINSKI, BRYANT & KARP
100 East Pratt Street, Suite 1540
Baltimore, MD  21202-1089
(410) 727-5000 (telephone)
(410) 727-0861 (facsimile)

*Counsel for Defendants Steven Doolan, Lyle*
*Long, Michael Merican, Steven Myers,*
*Edward Willenborg and Harold Young*


_Kevin Karpinski /sdb by permission_
Kevin Karpinski
ALLEN, KARPINSKI, BRYANT & KARP
100 East Pratt Street, Suite 1540
Baltimore, MD  21202-1089
410) 727-5000 (telephone)
(410) 727-0861 (facsimile)

*Counsel for Defendant Richard Fritz*


_John F. Breads, Jr. /sdb by permission_
John F. Breads, Jr.
LOCAL GOVERNMENT INSURANCE
   TRUST
7172 Columbia Gateway Dr., Suite E
Columbia, MD 21046
(410) 312-0880 (telephone)
(410) 312-0993 (facsimile)

*Counsel for Defendants Daniel Alioto,*
*Richard Voorhaar and the Board of County*
*Commissioners for St. Mary's County,*
*Maryland*